FILED

2012 AUG 27  PM 2:54

1  Stephen M. Doniger (SBN 179314)
2  stephen@donigerlawfirm.com
   Scott A. Burroughs (SBN 235718)
3  scott@donigerlawfirm.com
4  Annie Aboulian (SBN 280693)
   annie@donigerlawfirm.com
5  DONIGER / BURROUGHS APC
6  300 Corporate Pointe, Suite 355
   Culver City, California 90230
7  Telephone: (310) 590-1820
8  Facsimile: (310) 417-3538

9  Attorneys for Plaintiff Star Fabrics, Inc.

10              **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12  STAR FABRICS, INC., a California          Case No. CV12-07351-SVW(PLAx)
13  Corporation,

14      Plaintiff,                            PLAINTIFF'S COMPLAINT FOR:

15      v.                                    1. COPYRIGHT
                                                 INFRINGEMENT;
16
    THE TJX COMPANIES, INC., a Delaware       AND
17  Corporation; QUEEN ESTHER
18  ENTERPRISE, INC., a California            2. VICARIOUS AND/OR
    Corporation; and DOES 1 through 10,       CONTRIBUTORY COPYRIGHT
19                                            INFRINGMENT.
20      Defendants.                           Jury Trial Demanded

21

22      Star Fabrics, Inc. ("Plaintiff"), by and through its undersigned attorneys,

23  hereby prays to this honorable Court for relief based on the following:

24                  **JURISDICTION AND VENUE**

25      1. This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101

26  et seq.

27

28

                                    1

1    2.  This Court has federal question jurisdiction under 28 U.S.C. § 1331 and

2    1338 (a) and (b).

3    3.  Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and

4    1400(a) in that this is the judicial district in which a substantial part of the acts and

5    omissions giving rise to the claims occurred.

6                                        **PARTIES**

7    4.  Plaintiff STAR FABRICS, INC. ("STAR") is a corporation organized and

8    existing under the laws of the State of California with its principal place of business

9    located at 1440 Walnut St., Los Angeles, California 90011.

10   5.  Plaintiff is informed and believes, and thereon alleges, that Defendant THE

11   TJX COMPANIES, INC., ("TJX"), is a corporation organized under the existing

12   laws of the State of Delaware with its principle place of business located at 1209

13   Orange Street, Wilmington, DE 19801, and is doing business in and with the State of

14   California, including but not limited to through Marshalls stores.

15   6.  Plaintiff is informed and believes and thereon alleges that Defendant

16   QUEEN ESTHER ENTERPRISE, INC. ("ESTHER") is a corporation organized

17   and existing under the laws of the State of California with its principal place of

18   business at 758 East 14th Street #A1, Los Angeles, California 90021, which is

19   registered with the Federal Trade Commission under RN 132036doing business in

20   and with residents of the State of California.

21   7.  Plaintiff is informed and believes and thereon alleges that some of

22   Defendants DOES 1 through 3, inclusive, are manufacturers and/or vendors of

23   garments to Defendant, which DOE Defendants have manufactured and/or supplied

24   and are manufacturing and/or supplying garments comprised of fabric printed with

25   Plaintiff's copyrighted Design Nos. **40071, 60460,** and **63089** (as hereinafter

26   defined) without Plaintiff's knowledge or consent or have contributed to said

27   infringement. The true names, whether corporate, individual or otherwise of

28

2
COMPLAINT

1   Defendants DOES 1-3, inclusive, are presently unknown to Plaintiff, which therefore

2   sues said Defendants by such fictitious names and will seek leave to amend this

3   complaint to show their true names and capacities when same have been ascertained.

4       8. Defendants DOES 4 through 10, inclusive, are other parties not yet

5   identified who have infringed Plaintiff's copyrights, have contributed to the

6   infringement of Plaintiff's copyrights, or have engaged in one or more of the

7   wrongful practices alleged herein. The true names, whether corporate, individual or

8   otherwise, of Defendants 4 through 10, inclusive, are presently unknown to Plaintiff,

9   which therefore sues said Defendants by such fictitious names, and will seek leave to

10   amend this Complaint to show their true names and capacities when same have been

11   ascertained.

12       9. Plaintiff is informed and believes and thereon alleges that at all times

13   relevant hereto each of the Defendants was the agent, affiliate, officer, director,

14   manager, principal, alter-ego, and/or employee of the remaining Defendants and was

15   at all times acting within the scope of such agency, affiliation, alter-ego relationship

16   and/or employment; and actively participated in or subsequently ratified and

17   adopted, or both, each and all of the acts or conduct alleged, with full knowledge of

18   all the facts and circumstances, including, but not limited to, full knowledge of each

19   and every violation of Plaintiff's rights and the damages to Plaintiff proximately

20   caused thereby.

21   **CLAIMS RELATED TO DESIGN NO. 40071**

22       10. Plaintiff is the copyright owner of an original two-dimensional artwork

23   internally styled "40071" ("Subject Design A"). A true and correct image of Subject

24   Design A is attached hereto as Exhibit 1.

25       11. Plaintiff applied for and received copyright registration for the Subject

26   Designs A on June 2, 2010 with said work being assigned Registration No. VA 1-

27   726-647.

28

12. Prior to the acts complained of herein, Plaintiff sampled and sold fabric bearing Subject Design A to numerous parties in the fashion and apparel industries.

13. Following this distribution of product bearing Subject Design A, Plaintiff's investigation revealed that certain Defendants created, manufactured, caused to be manufactured, imported, distributed, and/or sold fabric and/or garments comprised of fabric featuring a design which is identical, or substantially similar, to Subject Design A (hereinafter "Subject Garment A"), including but not limited to a garment sold at MARSHALLS under SKU 014414323  bearing the label "Queen Esther" and RN 132036, indicating that it was manufactured by or for QUEEN ESTHER ENTERPRISE, INC. A true and correct image of one such garment is attached hereto as Exhibit 2.

## CLAIMS RELATED TO DESIGN NO. 60460

14. Plaintiff is the copyright owner of an original two-dimensional artwork internally styled "60460" ("Subject Design B"). A true and correct image of Subject Design B has been attached hereto as Exhibit 3.

15.  Plaintiff applied for and received copyright registration for Subject Design B on September 13, 2007 with said design being assigned of Reg. No. VA 1-630-214.

16. Prior to the acts complained of herein, Plaintiff sampled and sold fabric bearing Subject Design B to numerous parties in the fashion and apparel industries.

17. Following this distribution of product bearing Subject Design B, Plaintiff's investigation revealed that certain Defendants created, manufactured, caused to be manufactured, imported, distributed, and/or sold fabric and/or garments comprised of fabric featuring a design which is identical, or substantially similar, to Subject Design B (hereinafter "Subject Garment B"), including but not limited to garments sold at TJ MAXX under SKU 206723 bearing the RN 75343, indicating that they were manufactured for or by Newton Buying Corp., which Plaintiff understands and

1   believes to be owned and controlled by TJ MAXX. A true and correct copy of one

2   such garment is attached hereto as Exhibit 4.

3                    **CLAIMS RELATED TO DESIGN NO. 63089**

4       18. Plaintiff is the copyright owner of an original two-dimensional artwork

5   internally styled "63089" ("Subject Design C"). A true and correct image of Subject

6   Design C has been attached hereto as Exhibit 5.

7       19. Plaintiff applied for and received copyright registration for Subject Design

8   C on January 20, 2012 with said design being assigned of Reg. No. VA 1-707-010.

9       20. Prior to the acts complained of herein, Plaintiff sampled and sold fabric

10  bearing Subject Design C to numerous parties in the fashion and apparel industries.

11      21. Following this distribution of product bearing Subject Design C, Plaintiff's

12  investigation revealed that certain Defendants created, manufactured, caused to be

13  manufactured, imported, distributed, and/or sold fabric and/or garments comprised

14  of fabric featuring a design which is identical, or substantially similar, to Subject

15  Design C (hereinafter "Subject Garment C"), including but not limited to garments

16  sold at Marshall's under SKU 008234252 bearing the RN 75343, indicating that they

17  were manufactured for or by Newton Buying Corp., which Plaintiff understands and

18  believes to be owned and controlled by TJ MAXX. A true and correct copy of one

19  such garment is attached hereto as Exhibit 6.

20                       **FIRST CLAIM FOR RELIEF**

21          (For Copyright Infringement - Against All Defendants, and Each)

22      22. Plaintiff repeats, realleges and incorporates herein by reference as though

23  fully set forth the allegations contained in Paragraphs 1 through 17, inclusive, of this

24  Complaint.

25      23. Plaintiff is informed and believes and thereon alleges that Defendants, and

26  each of them, had access to Subject Designs A, B and C (hereinafter collectively

27  referred to as "Subject Designs"), including, without limitation, through (a) access to

28

1    Plaintiff's showroom and/or design library; (b) access to illegally distributed copies

2    of the Subject Designs by third-party vendors and/or DOE Defendants, including

3    without limitation international and/or overseas converters and printing mills; (c)

4    access to Plaintiff's strike-offs and samples, and (d) access to garments in the

5    marketplace manufactured from fabric lawfully printed through Plaintiff.

6        24. Plaintiff is informed and believes and thereon alleges that one or more of

7    the Defendants manufactures garments and/or is a garment vendor. Plaintiff is

8    further informed and believes and thereon alleges that said Defendant(s), and each of

9    them, has an ongoing business relationship with Defendant retailers, and each of

10   them, and supplied garments to said retailers, which garments infringed the Subject

11   Designs in that said garments were composed of fabric which featured unauthorized

12   print designs that were identical or substantially similar to the Subject Designs, or

13   were an illegal modification thereof.

14       25. Plaintiff is informed and believes and thereon alleges that Defendants, and

15   each of them, infringed Plaintiff's copyright by creating, making and/or developing

16   directly infringing and/or derivative works from the Subject Designs and by

17   producing, distributing and/or selling Subject Garments A, B and C (hereinafter

18   collectively be referred to as "Subject Garments") through a nationwide network of

19   retail stores, catalogues, and through on-line websites.

20       26. Due to Defendants' acts of infringement, Plaintiff has suffered substantial

21   damages to its business in an amount to be established at trial.

22       27. Due to Defendants' acts of infringement, Plaintiff has suffered general and

23   special damages in an amount to be established at trial.

24       28. Due to Defendants' acts of copyright infringement as alleged herein,

25   Defendants, and each of them, have obtained direct and indirect profits they would

26   not otherwise have realized but for their infringement of the Subject Designs. As

27   such, Plaintiff is entitled to disgorgement of Defendant's profits directly and

28

1    indirectly attributable to Defendant's infringement of the Subject Designs in an

2    amount to be established at trial.

3        29. Plaintiff is informed and believes, and thereon alleges, that Defendants'

4    acts of copyright infringement as alleged above were, and continue to be, willful,

5    intentional and malicious, subjecting Defendants, and each of them, to liability for

6    statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to

7    one hundred fifty thousand dollars ($150,000) per infringement.

8        30. Defendants', and each of their, willful and intentional misappropriation

9    and/or infringement of Plaintiff's copyrighted Subject Designs renders Defendants,

10   and each of them, liable for statutory damages as described herein. Within the time

11   permitted by law, Plaintiff will make its election between actual damages and

12   statutory damages.

13

14                    **SECOND CLAIM FOR RELIEF**

15        (For Vicarious and/or Contributory Copyright Infringement - Against All

16                          Defendants, and Each)

17        31. Plaintiff repeats, realleges and incorporates herein by reference as though

18   fully set forth the allegations contained in Paragraphs 1 through 26, inclusive, of this

19   Complaint.

20        32. Plaintiff is informed and believes and thereon alleges that Defendants

21   knowingly induced, participated in, aided and abetted in and profited from the illegal

22   reproduction and/or subsequent sales of garments featuring the Subject Designs as

23   alleged herein.

24        33. Plaintiff is informed and believes and thereon alleges that Defendants, and

25   each of them, are vicariously liable for the infringement alleged herein because they

26   had the right and ability to supervise the infringing conduct and because they had a

27   direct financial interest in the infringing conduct.

28

1   34. By reason of the Defendants', and each of their, acts of copyright

2   infringement as alleged above, Plaintiff has suffered and will continue to suffer

3   substantial damages to its business in an amount to be established at trial, as well as

4   additional general and special damages in an amount to be established at trial.

5   35. Due to Defendants', and each of their acts of copyright infringement as

6   alleged herein, Defendants, and each of them, have obtained direct and indirect

7   profits they would not otherwise have realized but for their infringement of the

8   Subject Designs. As such, Plaintiff is entitled to disgorgement of Defendants' profits

9   directly and indirectly attributable to Defendants' infringement of the Subject

10  Designs, in an amount to be established at trial.

11  36. Plaintiff is informed and believes and thereon alleges that Defendants' acts

12  of copyright infringement as alleged above were, and continue to be, willful,

13  intentional and malicious, subjecting Defendants, and each of them, to liability

14  therefore, including statutory damages under Section 504(c)(2) of the Copyright Act

15  in the sum of one hundred fifty thousand dollars ($150,000) per infringement.

16  Further, Defendants', and each of their, willful and intentional misappropriation

17  and/or infringement of Plaintiff's copyrighted Subject Designs renders Defendants,

18  and each of them, liable for statutory damages as described herein. Within the time

19  permitted by law, Plaintiff will make its election between actual damages and

20  statutory damages.

21

22                         **PRAYER FOR RELIEF**

23  Wherefore, Plaintiff prays for judgment as follows:

24                       ***Against All Defendants***

25      37. With Respect to Each Claim for Relief

26          a.  That Defendants, their agents and servants be enjoined from

27              importing, manufacturing, distributing, offering for sale, selling or

28

1       otherwise trafficking in any product that infringes Plaintiff's

2       copyrights in the Subject Designs;

3       b. That Plaintiff be awarded all profits of Defendants plus all losses of

4       Plaintiff, the exact sum to be proven at the time of trial, or, if elected

5       before final judgment, statutory damages as available under the

6       Copyright Act, 17 U.S.C. § 101 et seq.;

7       c. That Plaintiff be awarded its attorneys' fees as available under the

8       Copyright Act U.S.C. § 101 et seq.;

9       d. That Defendants, and each of them, account to Plaintiff for their

10      profits and any damages sustained by Plaintiff arising from the

11      foregoing acts of infringement;

12      e. That Plaintiff be awarded pre-judgment interest as allowed by law;

13      f. That Plaintiff be awarded the costs of this action; and

14      g. That Plaintiff be awarded such further legal and equitable relief as the

15      Court deems proper.

16

17      Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P.

18  38 and the 7th Amendment to the United States Constitution.

19

20  Dated: August 24, 2012         **DONIGER / BURROUGHS APC**

21

22          By:

23          Stephen M. Doniger, Esq.

24          Attorneys for Plaintiff
        STAR FABRICS, INC.

25

26

27

28

# EXHIBIT 1



# EXHIBIT 2

# EXHIBIT 3



# EXHIBIT 4



# EXHIBIT 5



# EXHIBIT 6



Stephen M. Doniger, Esq. (SBN .,9314)
Scott A. Burroughs, Esq. (SBN 235718)
DONIGER/BURROUGHS, APC
300 Corporate Pointe, Suite 355
Culver City, California  90230
Telephone: (310) 590-1820

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br><div align="right">PLAINTIFF(S)</div><br>v.<br><br>THE TJX COMPANIES, INC., a Delaware Corporation; QUEEN ESTHER ENTERPRISE, INC., a California Corporation; and DOES 1 through 10,<br><div align="right">DEFENDANT(S).</div> | CASE NUMBER<br>**CV12-07351**-SVW(PLAx)<br><br><br>**SUMMONS** |

TO:   DEFENDANT(S): _____
_____

A lawsuit has been filed against you.

Within ___21___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, Stephen M. Doniger, Esq. _____, whose address is DONIGER / BURROUGHS APC 300 Corporate Pointe, Ste. 355 Culver City, CA 90230. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.   You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: AUG 2 7 2012 _____

By: _____ **ANDRES PEDRO** _____
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| STAR FABRICS, INC., a California Corporation, | THE TJX COMPANIES, INC., a Delaware Corporation; QUEEN ESTHER ENTERPRISE, INC., a California Corporation; and DOES 1 through 10, |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Stephen M. Doniger (SBN 179314)   300 Corporate Pointe, Suite 355<br>Scott A. Burroughs (SBN 235718)   Culver City, California 90230<br>DONIGER/BURROUGHS, APC   Tel: (310) 590-1820; Fax: (310) 417-3538 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No   ☐ MONEY DEMANDED IN COMPLAINT: $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright Act of 1976, Title 17 U.S.C., § 101 et seq. - Action for misappropriation of Plaintiff's two-dimensional artwork used in the textile industry.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | ☑ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | **REAL PROPERTY** | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 210 Land Condemnation | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 220 Foreclosure | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 230 Rent Lease & Ejectment | **IMMIGRATION** | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 245 Tort Product Liability | | ☐ 440 Other Civil Rights | | |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**   Case Number:   **CV12-07351-SVW (PLAx)**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑ No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| STAR FABRICS, INC. - Los Angeles County | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| QUEEN ESTHER ENTERPRISE, INC. - Los Angeles County | THE TJX COMPANIES, INC. - Delaware |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date 8/27/2012

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Stephen V. Wilson and the assigned discovery Magistrate Judge is Paul Abrams.

The case number on all documents filed with the Court should read as follows:

## CV12- 7351 SVW (PLAx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)          NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY